**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

DEC 11 2024

TAMMY H. DOWNS, CLERK
By:_____
                    **DEP CLERK**

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL WARNER**                                                          **PLAINTIFF**

**v.**                                    **CASE NO.** _3:24-cv-230-KGB_

**LOWE'S HOME CENTERS, LLC**                                              **DEFENDANT**

### NOTICE OF REMOVAL

Lowe's Home Centers, LLC ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and

1446, remove this action from the Circuit Court of Mississippi County, Arkansas, where it is

pending as Case No. 47BCV-24-440, to the United States District Court for the Eastern District

of Arkansas. As grounds for removal, Defendant states:

1.      Plaintiff Michael Warner ("Plaintiff") filed his complaint in the Circuit Court of

Mississippi County, Arkansas, on November 12, 2024. Copies of all process, pleadings, and

orders previously filed with the Circuit Court of Mississippi County, Arkansas, are attached

hereto as Exhibit A in accordance with 28 U.S.C. § 1446(a).

2.      Service on Defendant was made on November 25, 2024.

3.      Defendant has not yet filed a responsive pleading or motion in the Circuit Court

of Mississippi County, Arkansas.

4.      Plaintiff is an Arkansas citizen residing in Poinsett County, Arkansas. Compl. ¶ 2.

5.      Defendant is a foreign limited liability company formed and existing under the

laws of the state of North Carolina with its principal place of business in North Carolina.

Compl. ¶ 3.

This case assigned to District Judge __Baker__
and to Magistrate Judge __Moore__

1

6.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between Plaintiff and Defendant. Compl. ¶¶ 2–3.

7.      Plaintiff alleges that Defendant is liable under a theory of negligence and seeks money damages in a sum exceeding that required for federal court jurisdiction in a diversity of citizenship case. Compl. ¶ WHEREFORE.

8.      Accordingly, this case is removable pursuant to 28 U.S.C. § 1441. It is a civil action over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount in controversy exceeds $75,000.

9.      The removal of this action is timely under the provisions of 28 U.S.C. § 1446(b)–(c) in that this notice of removal is being filed within 30 days of Defendant receiving Plaintiff's complaint.

10.     A copy of this Notice of Removal has been served on Plaintiff and will be filed with the Clerk of the Circuit Court of Mississippi County, Arkansas, as required by 28 U.S.C. § 1446(d).

11.     Written notice of removal is being served upon Plaintiff in accordance with 287 U.S.C. § 1446(d).

WHEREFORE, Lowe's Home Centers, LLC prays that this matter be removed from the Circuit Court of Mississippi County, Arkansas, to this Court, that this Court exercise jurisdiction over this matter, and that this Court grant all other proper relief.

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
twilliams@qgtlaw.com
ftraina@qgtlaw.com

By: _____

    Thomas G. Williams, Ark. Bar No. **88186**
    Falyn E. Traina, Ark. Bar No. 2024165



## CSC

## Notice of Service of Process

**null / ALL**
**Transmittal Number: 30340430**
**Date Processed: 11/26/2024**

| Primary Contact: | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |
|---|---|

| | |
|---|---|
| Entity: | Lowe's Home Centers, LLC<br>Entity ID Number  2515365 |
| Entity Served: | Lowe's Home Centers, LLC |
| Title of Action: | Michael Warner vs. Lowe's Home Centers, LLC |
| Matter Name/ID: | Michael Warner vs. Lowe's Home Centers, LLC (16568304) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Mississippi County Circuit Court, AR |
| Case/Reference No: | 47BCV-24-440 |
| Jurisdiction Served: | Arkansas |
| Date Served on CSC: | 11/25/2024 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Daspit Law Firm<br>501-512-0367 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**EXHIBIT**

**A**

## IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
## BLYTHEVILLE DEPARTMENT - CIVIL DIVISION

**MICHAEL WARNER**                                                                    **PLAINTIFF**

**V.**                            CASE NO. 47BCV-24- _440_          *δm*

**LOWE'S HOME CENTERS, LLC**                                              **DEFENDANT**

---

### SUMMONS

---

**THE STATE OF ARKANSAS TO DEFENDANT:**

**LOWE'S HOME CENTERS, LLC**
c/o Corporation Service Company, its Registered Agent
300 South Spring Street, Suite 900
Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee D. Curry, Daspit Law Firm, 124 W. Capitol Ave., Ste. 1820, Little Rock, AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional Notices Included: _____

**Address of Clerk's Office:**
206 North 2nd Street
Blytheville, AR 72315

[SEAL]

CLERK OF COURT

*Yolanda Fisher*
[Signature of Clerk or Deputy Clerk]

Date: _11 November 2024_
      _@ 1:00pm_



No. _____ This summons is for <u>Lowe's Home Centers, LLC</u> *(name of Defendant).*

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

-2-

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
        [signature of server]

_____
        [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
        [signature of server]

_____
        [printed name]

Address: _____

        Phone: _____

Subscribed and sworn to before me this date: _____

        Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____

**FILED**

NOV 1 2 2024

LESLIE MASON
CIRCUIT CLERK

### IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
### BLYTHEVILLE DEPARTMENT - CIVIL DIVISION

**MICHAEL WARNER**                                                             **PLAINTIFF**

**V.**                              CASE NO. 47BCV-24- 446    *sm*

**LOWE'S HOME CENTERS, LLC**                                      **DEFENDANT**

---

### COMPLAINT WITH DEMAND FOR JURY TRIAL

---

COMES NOW the Plaintiff, Michael Warner, by and through his attorneys of record, DASPIT LAW FIRM, PLLC, and for his Complaint with Demand for Jury Trial against the Defendant, Lowe's Home Centers, LLC, respectfully states and alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.     This is a negligence case which arises from a slip-and-fall incident that occurred on or about October 22, 2024, at the Lowe's Home Center store located at 3790 East Main Street, Blytheville, AR 72315, also known as Lowe's Store # 2534.

2.     Plaintiff, Michael Warner (hereinafter "Plaintiff"), was at the time of the incident complained of herein a resident of Poinsett County, Arkansas.

3.     Defendant, Lowe's Home Centers, LLC (hereinafter "Defendant), is a foreign for-profit limited liability company registered in the State of North Carolina in good standing with the Arkansas Secretary of State. Defendant's principal place of business is located at 1000 Lowes Boulevard, Mooreseville, NC 28117.

4.     Defendant may be served with process through its registered agent, Corporation Service Company, located at 300 South Spring Street, Suite 900, Little Rock, AR 72201.

5.      On information and belief, Defendant owned and operated the Lowe's Home Center store located at 3790 East Main Street, Blytheville, AR 72315.

6.      This Court has jurisdiction over the parties to and the subject matter of this action, and venue is proper in Mississippi County.

## FACTS

7.      On or about October 22, 2024, Plaintiff was shopping at the Lowe's Home Center store located at 3790 East Main Street, Blytheville, AR 72315.

8.      On information and belief, Defendant owns and/or operates the Lowe's Home Center store located at this address.

9.      Defendant operates the Lowe's Home Center store to entice patrons such as Plaintiff to enter the location as business invitees to purchase construction materials, tools, appliances, and all other matter of home improvement goods from the Defendant.

10.     At all times relevant hereto, Plaintiff was on Defendant's said business premises, lawfully, and rightfully, as an invitee.

11.     After entering the store owned and operated by Defendant, while attempting to enter the restroom stall, Plaintiff slipped on a foreign slippery substance that had not been cleaned up or properly marked and fell to the ground, hitting his head and being knocked unconscious.

12.     As a result of the fall, Plaintiff sustained personal injuries and damages.

13.     On information and belief, the condition of the wet floor was a known liability hazard of which Defendant's employees and/or agents knew or should have known, and they failed to adequately warn the business invitees to the store of the hazard existing on the property.

-2-

## COUNT I - NEGLIGENCE

14.     The allegations of the preceding paragraphs are incorporated herein as though stated word-for-word.

15.     Defendant, and its employees and/or agents, owed a duty to Plaintiff and others to use ordinary care to maintain the premises in a reasonably safe condition.

16.     The presence of the slippery foreign substance upon the floor of the premises was the result of the failure of Defendant and its employees and/or agents to use ordinary care.

17.     Defendant and its employees and/or agents knew of the slippery foreign substance's presence on the floor of the premises.

18.     The slippery foreign substance had been on the floor of the premises for such a length of time that Defendant and its employees and/or agents reasonably should have known of its presence.

19.     Defendant and its employees and/or agents knew or should have known that the presence of the slippery foreign substance on the floor of the premises created a dangerous condition that could result in personal injury to its patrons of this location.

20.     Defendant and its employees and/or agents failed to act with ordinary care to remove the slippery foreign substance from floor of the premises.

21.     Defendant and its employees and/or agents failed to warn of the hazardous wet floor that posed danger to its patrons.

22.     The negligent acts and omissions of Defendant's employees and/or agents are imputed to Defendant through their employer and/or principal.

23.     Defendant is responsible and vicariously liable for the negligence under the legal doctrine of joint enterprise, respondeat superior liability, and/or the principles of agency as adopted by the State of Arkansas.

## DAMAGES

24.     Defendant's acts and omissions, as described above, were the cause in fact and proximate cause of the occurrence that was reasonably foreseeable and is the subject of this action.

25.     As a direct and proximate result of the Defendant's negligence, as described above, Plaintiff suffered physical injuries throughout his body.

26.     As a further direct and proximate result of the Defendant's negligence and of Plaintiff's injuries, Plaintiff endured great pain, suffering, and mental anguish and will continue to endure these conditions into the future.

27.     As a further direct and proximate result of the Defendant's negligence and of Plaintiff's injuries, Plaintiff was placed under the care of physicians and has incurred medical expenses, including transportation expenses necessarily incurred in securing such care, and he is likely to incur additional medical expenses in the future.

28.     As a result of Defendant's negligent conduct, Plaintiff should be compensated for the nature, extent, duration, and permanency of his injuries as set out herein.

29.     **PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE PRESENTED HEREIN.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Michael Warner, prays for judgment over and against Defendant, Lowe's Home Centers, LLC, in an amount exceeding the threshold required to establish federal subject matter jurisdiction based on diversity of citizenship; for pre-judgment and post-judgment interest thereon at the maximum rates provided by applicable

law; for his court costs and attorney's fees; and for all other proper relief to which he may be entitled.

RESPECTFULLY SUBMITTED,

**DASPIT LAW FIRM**
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Phone: (501) 512-0367
Fax:    (713) 587-9086
e-service@daspitlaw.com
*Attorneys for Plaintiff*

By:

Lee D. Curry        Ark. Bar No. 2014153
Jared W. Capps      Ark. Bar No. 2023098
lcurry@daspitlaw.com
jcapps@daspitlaw.com

PROACTIVE LEGAL SOLUTIONS
440 Benmar Dr., Suite 3000
Houston, TX 77060

7220132425 0041

CERTIFIED MAIL

9589 0710 5270 0154 0946 93

LOW E'S HOME CENTERS, LLC
% CORPORATION SERVICE COMPANY ITS REGISTERED AGENT
300 SOUTH SPRING STREET, SUITE 900
LITTLE ROCK, ARKANSAS 72201

$10.720
US POSTAGE
FIRST-CLASS
062S0014850447
FROM 77060

B96156.06