

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 11 2024

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL WARNER**                                                    **PLAINTIFF**

v.                                   Case No. 3:24-cv-230-KGB

**LOWE'S HOME CENTERS, LLC**                                   **DEFENDANT**

### ANSWER

Lowe's Home Centers, LLC ("Lowe's)", for its answer to plaintiff's complaint, states:

1.      Lowe's admits the allegations in paragraph 1 of plaintiff's complaint, but denies that it committed any negligent act that proximately caused plaintiff any injury.

2.      Lowe's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 2 of plaintiff's complaint and, therefore, denies those allegations.

3.      Lowe's admits the allegations in paragraph 3 of plaintiff's complaint.

4.      Lowe's admits the allegations in paragraph 4 of plaintiff's complaint.

5.      Lowe's admits the allegations in paragraph 5 of plaintiff's complaint.

6.      Lowe's admits proper jurisdiction and venue; however, Lowe's affirmatively states that this matter is appropriate for removal to federal court based on diversity jurisdiction.

7.      Based on information and belief, Lowe's admits that plaintiff was present at the Lowe's Home Center located at 3790 East Main Street, Blytheville, Arkansas on or about October 22, 2024, but lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph 7 of plaintiff's complaint and, therefore, denies those allegations.

8.      Lowe's admits the allegations in paragraph 8 of plaintiff's complaint.

9.      Lowe's admits it owns and operates a public retail store that sells goods to the public.

10.     Lowe's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 10 of plaintiff's complaint and, therefore, denies those allegations.

11.     Lowe's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 11 of plaintiff's complaint and, therefore, denies those allegations.

12.     Lowe's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 12 of plaintiff's complaint and, therefore, denies those allegations.

13.     Lowe's denies the allegations in paragraph 13 of plaintiff's complaint.

14.     Lowe's adopts, restates, realleges and incorporates herein in their entirety all of its responses to paragraphs 1 through 13 of plaintiff's complaint.

15.     Lowe's admits that it owes its business invitees a duty to use ordinary care to maintain its premises in a reasonably safe condition. Lowe's lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph 15 of plaintiff's complaint and, therefore, denies those allegations.

16.     Lowe's denies the allegations in paragraph 16 of plaintiff's complaint.

17.     Lowe's denies the allegations in paragraph 17 of plaintiff's complaint.

18.     Lowe's denies the allegations in paragraph 18 of plaintiff's complaint.

19.     Lowe's denies the allegations in paragraph 19 of plaintiff's complaint.

20.     Lowe's denies the allegations in paragraph 20 of plaintiff's complaint.

21.     Lowe's denies the allegations in paragraph 21 of plaintiff's complaint.

22.     Lowe's denies the allegations in paragraph 22 of plaintiff's complaint.

23.     Lowe's denies the allegations in paragraph 23 of plaintiff's complaint.

24.     Lowe's denies the allegations in paragraph 24 of plaintiff's complaint.

25.     Lowe's denies the allegations in paragraph 25 of plaintiff's complaint.

26.    Lowe's denies the allegations in paragraph 26 of plaintiff's complaint.

27.    Lowe's denies the allegations in paragraph 27 of plaintiff's complaint.

28.    Lowe's denies the allegations in paragraph 28 of plaintiff's complaint.

29.    Lowe's also demands a jury trial.

30.    Lowe's denies the allegations in the WHEREFORE clause of plaintiff's complaint.

31.    Lowe's denies each and every allegation contained in plaintiff's complaint and not specifically admitted herein.

32.    Lowe's reserves the right to amend pleadings, including this answer, and to file other pleadings as appropriate.

33.    Lowe's specifically asserts that plaintiff's complaint fails to state a claim upon which relief can be granted and should be dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

34.    While Lowe's denies that plaintiff sustained any damages while on the premises of any Lowe's store, if any damages were sustained by plaintiff, they were caused by the fault or negligence of plaintiff or some other person over whom Lowe's had no control.

35.    Lowe's affirmatively asserts the defenses of contributory negligence, comparative fault, assumption of the risk, and that plaintiff's claims are barred by the applicable statute of limitations.

36.    Lowe's affirmatively asserts all defenses authorized by the United States Code Annotated and common law to each of the causes of action pleaded by plaintiff in plaintiff's complaint.

WHEREFORE, Lowe's Home Centers, LLC prays that this Court enters judgment in favor of Lowe's Home Centers, LLC, dismissing plaintiff's complaint with prejudice and awarding Lowe's Home Centers, LLC its costs, attorney's fees and all other proper relief.

Thomas G. Williams, Bar I.D. #88186
Falyn E. Traina, Bar I.D. #2024165
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street | Suite 1900
Little Rock, AR 72201
(501) 379-1700
(501) 379-1701 FAX
twilliams@qgtlaw.com
ftraina@qgtlaw.com

*Attorneys for Lowe's Home Centers, LLC*