FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 11 2024

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL WARNER                                                        PLAINTIFF

vs.                       Case No. 3:24-cv-230-KGB

LOWE'S HOME CENTERS, LLC                              DEFENDANT

## RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Lowe's Home Centers, LLC ("Lowe's") makes the following disclosures:

1.     Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Lowe's states that the following listed party may have a pecuniary interest in the outcome of this case:

        Lowe's Companies, Inc.

2.     Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Lowe's identifies the citizenship of Lowe's as follows:

> Lowe's Home Centers, LLC is a foreign limited liability company formed and existing under the laws of the state of North Carolina with its principal place of business in the state of North Carolina. At all times pertinent, including the time of the filing of Plaintiff's complaint in the Circuit Court of Mississippi County, Arkansas, and at the time of the filing of this notice of removal, Lowe's has consisted of only one member: Lowe's Companies, Inc., which is a foreign corporation incorporated under the laws of the state of North Carolina with its principal place of business in the state of North Carolina.

_____
Thomas G. Williams (Bar No. 88186)
Falyn E. Traina (Bar No. 2024165)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone: (501) 379-1700
Facsimile: (501) 379-1701
twilliams@qgtlaw.com

*Attorneys for Lowe's Home Centers, LLC*