IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL WARNER**                                                                                          **PLAINTIFF**

v.                                    Case No. 3:24-cv-00230 KGB

**LOWE'S HOME CENTERS, LLC**                                                              **DEFENDANT**

## JOINT RULE 26(f) REPORT

Michael Warner ("Plaintiff") and Lowe's Home Centers, LLC ("Defendant") submit the following information required by Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1.

1.  **Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

The parties agree to exchange initial disclosures as set forth in Federal Rule of Civil Procedure 26(a)(1) on or before March 5, 2025.

2.  **Date when mandatory disclosures were or will be made.**

The parties agree that the mandatory disclosures set forth in Federal Rule of Civil Procedure 26(a) will be made as follows:

(a) Initial disclosures under Rule 26(a)(1) will be made on or before March 5, 2025, as set forth in paragraph 1.

(b) Plaintiff's expert disclosures under Rule 26(a)(2) will be made no later than May 16, 2025.

(c)     Defendant's expert disclosures under Rule 26(a)(2) will be made no later than May 16, 2025.

(d)     Plaintiff's rebuttal expert disclosures under Rule 26(a)(2) will be made no later than June 16, 2025.

(e)     Pretrial disclosures under Rule 26(a)(3) will be made no later than September 23, 2025.

**3.     Subjects on which discovery may be needed.**

Standard discovery on liability, damages, and affirmative defenses may be needed.

**4.     Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.**

Yes.

**a.     whether disclosure or production will be limited to data reasonably available to the parties in the ordinary court of business;**

Yes.

**b.     the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;**

None.

**c.     the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;**

The parties anticipate that they will print and produce such data or produce the data in a format that is readable by all parties.

    **d.**    **whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;**

Yes.

    **e.**    **other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

None at this time.

    **5.**    **Date by which discovery should be completed.**

The parties propose that discovery be completed no later than July 31, 2025.

    **6.**    **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

None.

    **7.**    **Any orders, e.g. protective orders, which should be entered.**

None.

    **8.**    **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

None.

    **9.**    **Any objections to the proposed trial date.**

None.

    **10.**    **Proposed deadline for joining other parties and amending the pleadings.**

The parties propose that the deadline for seeking to join other parties or amend pleadings be April 22, 2025.

**11.    Proposed deadline for completing discovery.**

The parties propose that discovery be completed no later than July 31, 2025.

**12.    Proposed deadline for filing motions.**

The parties propose that all dispositive motions be filed no later than August 15, 2025.

**13.    Estimated length of trial.**

The parties anticipate that trial will last two days.

                        Submitted by:

                        Lee D. Curry, Ark. Bar No. 2014153
                        Jared W. Capps, Ark. Bar No. 2023098
                        DASPIT LAW FIRM
                        124 W. Capitol Ave., Ste. 1820
                        Little Rock, AR 72201
                        Phone: (501) 512-0367
                        Fax: (713) 587-9086
                        lcurry@daspitlaw.com
                        jcapps@daspitlaw.com

                        *Attorneys for Plaintiff*

                        Thomas G. Williams, Ark. Bar No. 88186
                        Falyn E. Traina, Ark. Bar No. 2024165
                        QUATTLEBAUM, GROOMS & TULL PLLC
                        111 Center St., Ste. 1900
                        Little Rock, AR 72201
                        Phone: (501) 379-1700
                        Fax: (501) 379-1701
                        twilliams@qgtlaw.com
                        ftraina@qgtlaw.com

                        *Attorneys for Defendant Lowe's Home Centers, LLC*