**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MICHAEL WARNER**                                                                     **PLAINTIFF**

**v.**                              **Case No. 3:24-cv-00230 KGB**

**LOWE'S HOME CENTERS, LLC**                                            **DEFENDANT**

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Defendant Lowe's Home Centers, LLC ("Defendant"), for its motion for substitution of counsel, states:

1.      One of the lawyers representing Defendant in this matter has been Falyn E. Traina of Quattlebaum, Grooms & Tull PLLC.

2.      Falyn E. Traina will be leaving the employment of Quattlebaum, Grooms & Tull PLLC and will have no continuing involvement in this case.

3.      Defendant hereby moves to have Michaela D. Caudle of Quattlebaum, Grooms & Tull PLLC substituted as counsel for Defendant in the place of Falyn Traina.

WHEREFORE, Lowe's Home Centers, LLC respectfully requests that Falyn E. Traina be removed as counsel for Lowe's Home Centers, LLC and that Michaela D. Caudle be substituted as Counsel of record for all future pleadings, correspondence, and court documents.

Respectfully submitted,

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center St., Suite 1900
Little Rock, AR 72201
(501) 379-1700
(501) 379-1701 (FAX)
mcaudle@qgtlaw.com

By: /s/ Michaela D. Caudle
Michaela D. Caudle, Ark. Bar No. 2024166


## CERTIFICATE OF SERVICE

I, Michaela D. Caudle, do hereby certify that on May 19, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court via the electronic filing system which will send notification of such filing to the following:

Lee Curry
Jared Capps
124 W. Capitol Ave., Suite 1820
Little Rock, AR 72201
lcurry@daspitlaw.com
jcapps@daspitlaw.com


/s/ Michaela D. Caudle
Michaela D. Caudle