IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL WARNER**                                                                          **PLAINTIFF**

**v.**                            **Case No. 3:24-cv-00230 KGB**

**LOWE'S HOME CENTERS, LLC**                                        **DEFENDANT**

## ORDER

Before the Court is defendant Lowe's Home Centers, LLC's ("Lowe's) motion for substitution and withdrawal of counsel (Dkt. No. 8). Lowe's represents that Falyn E. Traina, counsel of record for Lowe's, will no longer be employed by Quattlebaum, Grooms & Tull PLLC (*Id.*, ¶ 2). Lowe's requests that Ms. Traina be relieved from her duties in this matter and that Michaela D. Caudle of Quattlebaum, Grooms, & Tull PLLC be substituted as counsel of record for Lowe's (*Id.*, ¶ 3). For good cause shown, the Court grants the motion and substitutes Ms. Caudle as counsel of record for Lowe's in this case (Dkt. No. 8).

It is so ordered this 20th day of May, 2025.

                                                   _____
                                                   Kristine G. Baker
                                                   Chief United States District Judge