IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL WARNER**                                                                                           **PLAINTIFF**

v.                               Case No. 3:24-cv-00230 KGB

**LOWE'S HOME CENTERS, LLC**                                                                 **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Warner and Defendant Lowe's Home Centers, LLC hereby stipulate to dismiss Plaintiff's *Complaint* with prejudice, which was originally filed on November 12, 2024.

The hereby parties stipulate to the entry of an Order dismissing this action with prejudice, without an award of attorneys' fees, expenses, or costs to any party.

Respectfully submitted,

| | |
|---|---|
| /s/ Lee D. Curry | /s/ Thomas G. Williams |
| Lee D. Curry, Bar #2014153 | Thomas G. Williams, Bar # 88186 |
| DASPIT LAW FIRM | QUATTLEBAUM, GROOMS AND TULL PLLC |
| 124 West Capitol, Suite 1820 | 111 Center Street, Suite 1900 |
| Little Rock, Arkansas 72201 | Little Rock, Arkansas 72201 |
| Telephone: 501-512-0367 | Telephone: 501-379-1722 |
| Facimile: 713-587-9086 | Facsimile: 501-379-1701 |
| Email: lcurry@daspitlaw.com | Email: twilliams@qgtlaw.com |