IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL WARNER**                                                                          **PLAINTIFF**

v.                               **Case No. 3:24-cv-00230 KGB**

**LOWE'S HOME CENTERS, LLC**                                     **DEFENDANT**

## **ORDER**

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 10). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and without an award of attorneys' fees, expenses, or costs to any party.

It is so ordered this 26th day of September, 2025.

                                                                  Kristine G. Baker
                                                                   United States District Judge